CALVIN W. KENNEY *vs.* JOHN A. BURKE and others.

*Bond on review—forfeiture of.*

After denial of a petition for review, suit can be maintained on a bond filed with such petition, given to obtain stay of execution on the judgment recovered in the action sought to be reviewed; although, before suit brought, a new petition to review such action, and a new bond for the same purpose as the previous one had been filed, and a stay of execution ordered.

ON EXCEPTIONS.

Debt on a bond given by defendants to obtain a stay of execution on filing a petition for review of an action in which judgment was recovered in favor of Kenney against Burke. The review

was denied at the March Term, 1872, and on the last day of the same term a new petition for review of the cause aforesaid was presented, and a new bond filed and execution stayed as before. This last petition is pending in court, undetermined. After the filing of the last-named petition and bond this suit was instituted. At the March Term, 1873, of court for this county, this action was submitted to the presiding justice, who decided that the plaintiff was entitled to recover the amount of the original judgment, with interest at the rate of six per cent up to the time of filing the bond in suit, and twelve per cent thereafterwards; to which ruling the defendant excepted.

*S. Belcher*, for plaintiff.

*H. L. Whitcomb*, for defendant.

DANFORTH, J. The condition of the bond in suit has been broken, and the judgment of the court to which exceptions are taken is in exact conformity with its terms. A further stay of execution in the original suit does not affect or purport to affect the suit on the bond.

The defendants do not offer any defense to the present action, and they must abide their covenant voluntarily entered into.

*Exceptions overruled.*

APPLETON, C. J.; WALTON, DICKERSON, and BARROWS, JJ., concurred.